NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PUMA SE,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Appellee*

---

2023-2005

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92067079.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    PUMA SE v. CATERPILLAR INC.

(2)  Each side shall bear their own costs.


                                                    FOR THE COURT



October 9, 2024                                     Jarrett B. Perlow
      Date                                          Clerk of Court



**ISSUED AS A MANDATE:** October 9, 2024